1  Bryan P. Whitaker
   Attorney at Law
2  815 W. 7th Ave., Suite 303
   Spokane, WA  99204
3  Telephone (509) 315-9947
   Attorney for Ricardo D. Rodriguez
4

5
                   UNITED STATES DISTRICT COURT
6                       DISTRICT OF IDAHO

7
   UNITED STATES OF AMERICA,           )
8                                      )
                     Plaintiff,        )   No. CR-10-120-CWD
9                                      )
       vs.                             )
10                                     )   AFFIDAVIT OF ATTORNEY
   RICARDO DANIEL RODRIGUEZ,           )   RE: REQUEST FOR JURY TRIAL
11                                     )
                     Defendant.        )
12 _____      )

13  TO:  The Clerk of the Federal District Court

14  TO:  Wendy J. Olsen, United States Attorney
         Traci Whelan, Assistant United States Attorney
15

16  COMES NOW Bryan P. Whitaker and declares the following:

17   1. I am the Attorney of Record for the defendant.

18   2. My client has requested his matter be tried by jury.

19   3. At the time of his arraignment Mr. Rodriguez did agree to a bench trial on advice of

20  counsel.

21   4. Since that time Mr. Rodriguez has received constant advice from Elder in his tribe

22  regarding the manner in which his case should be handled.

23   5. Mr. Rodriguez has now requested I file this motion.

24   6. This case is novel in the sense that, although charged as a petty offense, the case

25  involves a law enforcement officer and another member of Mr. Rodriguez's tribe who was

26  killed by the alleged victim.

7. Also unusual for a case of this type is that discovery has exceeded 2000 pages.

8. This case is being closely watched by Mr. Rodriguez's tribe and Idaho State law enforcement.

9 I submit it is in the best interests of all parties and in the interest of justice that this case be handled by jury trial instead of bench trial.

DATED THIS 4th day of October, 2010.

S/ *Bryan P. Whitaker*
Bryan P. Whitaker
Attorney for Ricardo D. Rodriguez

Declaration of Attorney - Page 2 of 2